No. 76–6630.  KARLIN *v.* GRAY, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 76–6638.  JOHNSON *v.* PUTNAM ET AL.  C. A. 1st Cir. Certiorari denied.

No. 76–6639.  SPARROW *v.* OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 76–6640.  McDONOUGH *v.* MARYLAND.  C. A. 4th Cir. Certiorari denied.

No. 76–6642.  CROWLEY *v.* NEW JERSEY.  C. A. 3d Cir. Certiorari denied.

No. 76–6643.  FORD *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 76–6644.  COTTON *v.* HUTTO, CORRECTIONS COMMISSIONER.  C. A. 8th Cir.  Certiorari denied.

No. 76–6649.  JONES *v.* INDIANA.  Sup. Ct. Ind.  Certiorari denied.

No. 76–6653.  HERNANDEZ *v.* WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA. C. A. 5th Cir.  Certiorari denied.

No. 76–6657.  MARTIN *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir.  Certiorari denied.

No. 76–6690.  MOORE *v.* NEWELL, SHERIFF.  C. A. 6th Cir. Certiorari denied.

No. 76–6725.  EDMOND *v.* TEXAS.  Ct. Crim. App. Tex. Certiorari denied.

No. 76–6729.  GALLAGHER *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.